THE STATE OF OHIO, APPELLANT, *v.* LINDSTROM, APPELLEE.

[Cite as *State v. Lindstrom,* 135 Ohio St.3d 251, 2013-Ohio-731.]

(No. 2012–0252—Submitted February 6, 2013—Decided March 5, 2013.)

---

{¶ 1} The cause is dismissed as having been improvidently accepted.

{¶ 2} The court orders that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

---

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Daniel T. Van, Assistant Prosecuting Attorney, for appellant.

John B. Gibbons, for appellee.